1062

[No. 57874-0-I. Division One. June 4, 2007.]

*In the Matter of the Estate of* EMMA C. RHODEHAMEL.

JOYCE RHODEHAMEL, *Appellant*, v. ROBERT RHODEHAMEL, *as Executor, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-4-05399-1, Mary E. Roberts, J., entered February 16, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Dwyer, JJ.

[No. 58385-9-I. Division One. June 4, 2007.]

KENNETH T. DERRICOTT ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-11201-6, Ellen J. Fair, J., entered May 25, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Baker, JJ.

[No. 58480-4-I. Division One. June 4, 2007.]

KORWELL CORPORATION ET AL., *Respondents*, v. BAURZHAN BELBAYEV ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10425-2, Michael J. Fox, J., entered April 27 and June 9, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Dwyer, JJ.

[No. 58750-1-I. Division One. June 4, 2007.]

ROZ GLASSER, *Appellant*, v. THE CITY OF SEATTLE, OFFICE OF HEARING EXAMINER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-42070-7, Richard A. Jones, J., entered July 28, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid and Cox, JJ. Now published at 139 Wn. App. 728.